**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

Southern District of Florida

Case number (*If known*): _____ Chapter __11__

☐ Check if this is an
amended filing

## Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    04/25

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known).  For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | |
|---|---|
| 1. **Debtor's name** | Sunset Palm Villas Condominium Association, Inc. |

| | |
|---|---|
| 2. **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names, and *doing business as* names | |

| | |
|---|---|
| 3. **Debtor's federal Employer Identification Number** (EIN) | 65-1082952 |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 406 NW 85th Street Road | |
| Number        Street | Number        Street |
| | |
| | P.O. Box |
| Miami        FL    33150 | |
| City        State    ZIP Code | City        State    ZIP Code |
| | **Location of principal assets, if different from principal place of business** |
| Miami-Dade County | |
| County | Number        Street |
| | |
| | City        State    ZIP Code |

| | |
|---|---|
| 5. **Debtor's website** (URL) | |

| | |
|---|---|
| 6. **Type of debtor** | ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding  LLP)<br>☐ Other. Specify: _____ |

Debtor    Sunset Palm Villas Condominium Association, Inc.
_____
Name

Case number *(if known)*_____

---

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☑ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.naics.com/search/ .

8139___

---

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

☑ Chapter 11. *Check **all** that apply:*

    ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

---

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No

☐ Yes.  District _____  When _____  Case number _____
                                                 MM / DD / YYYY

           District _____  When _____  Case number _____
                                                   MM / DD / YYYY

---

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☑ No

☐ Yes.  Debtor _____  Relationship _____

        District _____  When _____
                                                   MM / DD / YYYY

        Case number, if known _____

---

| Debtor | Sunset Palm Villas Condominium Association, Inc. | Case number *(if known)* |
|---|---|---|
| | Name | |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** *(Check all that apply.)*

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

| Number | Street |
|---|---|

_____

| City | State | ZIP Code |
|---|---|---|

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

Contact name _____

Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

☑ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☑ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5,001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

**15. Estimated assets**

| | | |
|---|---|---|
| ☐ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| ☑ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

Debtor  Sunset Palm Villas Condominium Association, Inc.
_____   Case number (if known)_____
Name

**16. Estimated liabilities**

☐ $0-$50,000                 ☐ $1,000,001-$10 million        ☐ $500,000,001-$1 billion
☐ $50,001-$100,000          ☑ $10,000,001-$50 million       ☐ $1,000,000,001-$10 billion
☐ $100,001-$500,000         ☐ $50,000,001-$100 million      ☐ $10,000,000,001-$50 billion
☐ $500,001-$1 million       ☐ $100,000,001-$500 million     ☐ More than $50 billion

---

### Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  06/21/2025
       MM / DD / YYYY

✘ /s/ Julio Martinez                                    Julio Martinez
_____                _____
Signature of authorized representative of debtor         Printed name

Title  Property Manager
    _____

**18. Signature of attorney**

✘ /s/ Robert Reynolds                    Date  06/21/2025
_____          _____
Signature of attorney for debtor                   MM   / DD / YYYY

Robert Reynolds
_____
Printed name
Law Offices of Robert F. Reynolds, P.A.
_____
Firm name
515 East Las Olas Blvd. 850
_____
Number     Street
Fort Lauderdale                              FL        33301
_____      _____      _____
City                                         State      ZIP Code

9547559928                                   rreynolds@robertreynoldspa.com
_____        _____
Contact phone                                Email address

174823                                       FL
_____        _____
Bar number                                   State

Anthony & Partners, LLC
100 South Ashley Drive
Suite 1600
Tampa, FL 33602


AV Engineering Enterprises, Inc.
13351 SW 36 St.
Miami, FL 33175


Dave V. John, LLC
4788 West Commercial Blvd.
Tamarac, FL 33319


Greenlife Solutions Corp.
66 W Flagler St.
Suite 900 - #4512
Miami, FL 33130


Internal Revenue Service
Centralized Insolvency Operations
P.O. Box 7317
Philadelphia, PA 19101


Miami-Dade County Dept. of Regulatory and Eco
111 NW 1st Street
11th Floor
Miami, FL 33128


Miami-Dade Tax Collector
200 NW 2nd Ave
Miami, FL 33128


Miami-Dade Water & Sewer Department
P.O. Box 026055
Miami, FL 33102


Miami-Dade Water & Sewer Department
3071 SW 38th Avenue
Miami, FL 33146


Rizo Electric, Inc.
601 NW 116 St.
Miami, FL 33168


Tyana Yelisa Melendez as Personal Rep. of the
c/o Hancock Gaeta, P.A.
12 SE 7th Street, Suite 701
Fort Lauderdale, FL 33301


United States Attorney
Civil Division
99 NE 4th Street
Miami, FL 33132

United States Attorney General
950 Pennsylvania Avenue, NW
Washington, DC 20530

United States Bankruptcy Court

Southern District of Florida

In re: Sunset Palm Villas Condominium Association, Inc.

Case No.

Chapter   11

Debtor(s)

**Verification of Creditor Matrix**

The above-named Debtor(s) hereby verify that the attached list of creditors is true and correct to the best of their knowledge.

Date: _____06/21/2025_____

/s/ Julio Martinez
_____
Signature of Individual signing on behalf of debtor

Property Manager
_____
Position or relationship to debtor

## CORPORATE RESOLUTION
## AUTHORIZING FILING OF BANKRUPTCY PETITION

The board members of Sunset Palm Villas Condominium Association, Inc. (the "Company") do hereby certify that this Resolution of the Company a not-for-profit corporation duly organized and existing under the laws of the State of Florida, authorizing the Company to file a voluntary bankruptcy petition was adopted on June 18, 2025. Any notice necessary was properly made or is waived under the circumstances.

**WHEREAS**, it is in the best interests of the Company, its creditors, and other interested parties for the Company to file a voluntary petition for relief under Chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code").

**BE IT HEREBY RESOLVED** that the filing of a voluntary bankruptcy petition on the Company's behalf is authorized;

**FURTHER RESOLVED** that Julio Martinez, the representative of Hightower Property Management Corporation, the property manager for the Company, is authorized to execute all documents necessary for the Company to file a voluntary petition under Chapter 11 of the Bankruptcy Code, including the voluntary petition and any schedules, lists, affidavits, certifications, or other required papers;

**FURTHER RESOLVED** that Julio Martinez is authorized to employ Robert F. Reynolds, Esq. and The Law Offices of Robert F. Reynolds, P.A. to file a voluntary bankruptcy petition on the Company's behalf and to represent the Company during the bankruptcy case, and that said authorization is approved retroactively to June 17, 2025;

**FURTHER RESOLVED** that Julio Martinez is authorized to retain such other professionals on the Company's behalf as he or she deems necessary and appropriate to represent, assist, or consult with the Company during the bankruptcy case;

**FURTHER RESOLVED** that Julio Martinez is authorized to take any other actions necessary to accomplish the purpose of these resolutions; and

**FURTHER RESOLVED** that all acts lawfully done by Julio Martinez to effectuate the intent of these resolutions are hereby ratified and approved.

**DATE: JUNE 18, 2025**

Signature _____
Name: Israel Medina
Title: President and Member of the Board

Signature _____
Name: Silvia Menjivar
Title: Treasurer/Member of the Board

Signature _____
Name: Francisco Cesar
Title: Secretary and Member of the Board

Signature _____
Name: Nicolas Barg
Title: Director/Member of the Board